■ MARILYN SCHWARTZ, Respondent, v. MILTON L. SCHWARTZ, Appellant.— Order of May 20, 1959 unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ EILEEN HESSION, Appellant, v. BARBARA W. PECK et al., Respondents. — Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ EILEEN HESSION, Appellant, v. BARBARA W. PECK et al., Respondents. — Motion dismissed, having become academic by virtue of the decision of this court in *Hession* v. *Peck* (10 A D 2d 549), and the stay contained in the order to show cause dated December 2, 1959 is vacated. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ ROSE SOLARES, as Administratrix of the Estate of PAUL SOLARES, Deceased, v. CHARLES SIRIGNANO, as Executor of ANNA SIRITNANO, Deceased. The CITY OF NEW YORK et al.— Motion by the City of New York for an enlargement of time granted, insofar as to extend the defendant-appellant's time to serve and file the record on appeal and appellant's points to and including February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ ROSE SOLARES, as Administratrix of the Estate of PAUL SOLARES, Deceased, v. CHARLES SIRIGNANO, as Executor of ANNA SIRIGNANO, Deceased. The CITY OF NEW YORK et al.— Motion by Rose Solares for an enlargement of time granted insofar as to extend the plaintiff-respondent-appellant's time to serve and file the record on appeal and appellant's points to and including February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of the Arbitration between BANKERS & SHIPPERS INSURANCE COMPANY OF NEW YORK and KAREN SCHAEFER et al.— Motion for stay granted insofar as to continue the stay contained in the order to show cause, dated December 8, 1959, pending the hearing and determination of the appeal, on condition that the appeal is argued or submitted on January 19, 1960. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ ANGELO DE GARO v. ANTOINETTE MARINO et al.— Motion for enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of CHARLES GERSHTENBLEET et al. against JOSEPH SCHECHTER, as Personnel Director, et al.— Motion for stay denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of AMERICAN JEWISH CONGRESS, against ELMER A. CARTER et al., and ARABIAN AMERICAN OIL COMPANY.— Motion for leave to file a brief *amicus curiæ* denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of L & L LOUNGE, INC. against THOMAS E. ROHAN et al., Constituting the State Liquor Authority.— Motion granted on condition that the petitioner procures the record in this proceeding and petitioner's points to be served and filed on or before January 15, 1960, with notice of argument for the February 1960 Term of this court, said proceeding to be argued or submitted when reached. Respondents', points are to be served and filed on or before January 29, 1960. Concur — Botein, P. J., Breitel, Rabin. M. M. Frank and Valente, JJ.